

12235 El Camino Real, Suite 200
San Diego, CA 92130-3002

PHONE 858.350.2300
FAX 858.350.2399

www.wsgr.com

F.T. ALEXANDRA MAHANEY
Internet: amahaney@wsgr.com
Direct Dial: (858) 350-2311

July 11, 2007

**VIA EXPRESS MAIL**

Sam Campbell
Campbell Pet Company
Post Office Box 122
Brush Prairie, WA 98606

Re: Ty-Lift Enterprises

Dear Mr. Campbell:

    Our law firm represents Ty-Lift Enterprises. We are writing to you because your company, Campbell Pet Company, is offering for sale and selling a "Mobile Folding Stretcher." *[See Campbell Pet Catalog at page 19, Exhibit 1 hereto.]*

    We want to bring to your attention two patents owned by Ty-Lift Enterprises: U.S. Patent No. 6,199,508 (the "'508 Patent") and U.S. Patent No. 6,230,662 (the "'662 Patent"). *[See Exhibits 2 & 3 hereto]*. Your Mobile Folding Stretcher clearly falls within several claims of these patents, as shown by the following comparison between claim 3 of the '508 Patent and your mobile stretcher.

| Ty-Lift Enterprises Patent | Campbell Pet Company Mobile Folding Stretcher |
|---|---|
| **'508 Patent:** | |
| 3. An animal transport cart comprising: | The Mobile Folding Stretcher is made to "transport the animal." *[Exh. 1 at 19.]* |
| a polygonal shaped frame, said frame comprising at least one joint, wherein said at least one joint allows said frame to be folded in half; | The Mobile Folding Stretcher has a polygonal shaped frame, and the photograph in your catalog shows that it has at least one joint which allows the stretcher to be folded in half. *[Exh. 1 at 19.]* |
| a support sheet that is readily removably attached to said frame, where said | The Mobile Folding Stretcher has a mesh cover to support the animal. *[See Exh. 1 at* |

C:\NrPortbl\PALIB1\KBLU\3150445_1.DOC

PALO ALTO    AUSTIN    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Sam Campbell
July 11, 2007
Page 2

| Ty-Lift Enterprises Patent | Campbell Pet Company Mobile Folding Stretcher |
|---|---|
| support sheet is capable of supporting and animal; | 19.] A call to your company revealed that the mesh cover is detachable. |
| at least two wheels attached to said frame; and | The Mobile Folding Stretcher has at least two wheels. [See Exh. 1 at 19.] |
| a locking mechanism, wherein said locking mechanism may be selectively engaged to prevent said frame from folding in half. | The Mobile Folding Stretcher has a locking mechanism to prevent the frame from folding in half. Otherwise, it clearly would be unsafe to use. |

We also note that your stretcher falls within other claims of the '508 and '622 Patents, including but not limited to claim 22 of the '662 Patent. If you disagree with any of this analysis, please let us know so that we understand and consider your positions fully.

We are willing to discuss these issues with you in an amicable manner and see if we can reach a business solution with you. We look forward to hearing from you by July 26, 2007.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

F.T. Alexandra Mahaney

Enclosure

C:\NrPortbl\PALIB1\KBLU\3150445_1.DOC (2170)

EXHIBIT F page 000002
to COMPLAINT
The Campbell Pet Co. v. Miale et al.

# Campbell Pet Company

P.O. Box 122 • Brush Prairie, WA 98606
800-228-6364
360-892-9786 • f 360-944-9999
www.campbellpet.com
Spring 2007

EXHIBIT 1

EXHIBIT F page 000003
to COMPLAINT
The Campbell Pet Co. v. Miale et al.

## www.campbellpet.com



### Mobile Folding Stretcher

We've heard the call for a "wheelie" stretcher - one that can be stored, used by all staff members, cleaned easily, looks professional and holds up! It's here! Our newest item in our "Great Gadgets" line - The Mobile Folding Stretcher (with two designs!).

This stretcher is made of Drawn High Strength Aluminum, i.e. Aircraft tubing. It is lightweight but very strong. It has been tested to carry over 300 lbs. The mesh cover is porous and perfect for use with large, injured or anesthetized animals.

When a client brings their injured pet to your practice, the staff can safely and professionally transport the animal. The Mobile Stretcher is easy to maneuver in narrow halls and around corners in the practice.

#2400 Mobile Folding Stretcher with Wheels    $450.00
#2401 Mobile Folding Stretcher with Stand     $425.00
        Weight 17.5 lbs.  •  60" X 20" fully extended
                  Folds to 30" X 20"



### Pet Stretcher

When a large animal is injured or anesthetized, a stretcher is a smart and safe way for your staff to transport that animal. We've test these stretchers by carrying 300 lbs. Hopefully, you'll never encounter a dog that big! Our stretchers are made with ¾" fiberglass poles with soft, plastic handlebar grips. Each style has a total height of 52" and a carrying surface of 22" X 42". An X-ray can be taken through both materials. Both stretchers roll up for quick and easy storage. Laundry is a piece of cake.

Nylon Stretcher #2300  Uses soft, reinforced nylon fabric, 3 straps made of 2" seat belt webbing and adjustable Delrin® buckles.

Mesh Stretcher #2301  Uses a breathable mesh material which allows for liquids to drain off easily. Try placing the stretcher over the tub for a quick wash.




#2300  Stretcher                    $85.00    #2301  MESH Stretcher                    $85.00



**EXHIBIT 1**

EXHIBIT F page 000004
to COMPLAINT
The Campbell Pet Co. v. Miale et al.