07-CV-05375-JGM

FILED _____ LODGED
_____ RECEIVED

NOV 21 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| THE CAMPBELL PET COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THERESA MIALE; and TY-LIFT ENTERPRISES, a California corporation,<br><br>Defendants. | CASE NO.: 07-CV-5375 RBL<br><br>STIPULATION AND FINAL JUDGMENT<br>[Proposed] |

## I. STIPULATION

COME NOW, Plaintiff Campbell Pet Co., by and through its counsel of record, Kurt M. Rylander of Rylander & Associates, PC, and Defendants Theresa Miale and Ty-Lift Enterprises, by and through their joint counsel of record, F.T. Alexandra Mahaney of Wilson Sonsini Goodrich & Rosati, PC, and stipulate to the entry of a final judgment in this matter that (1) Campbell Pet Company's Mobile Folding Stretcher does not infringe any claim of U.S. Patent Serial Number 6,199,508 and (2) Campbell Pet Company's Mobile Folding Stretcher does not infringe any claim of U.S. Patent Serial Number 6,230,662. The Parties further stipulate that

STIPULATED FINAL JUDGMENT (07-CV-05375 RBL)
3532030_1.DOC

-1-

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

1 | all other claims between the Parties are to be dismissed without prejudice, and that each side
2 | shall bear its own attorneys' fees and costs, excepting Plaintiff's costs in its successful appeal.

By: _____ 11/20/08
Kurt M. Rylander         Date
WSBA 27819
406 West 12th Street
Vancouver, WA 98660
9360) 750-9931
rylander@pacifier.com
Of Attorneys for Plaintiff

By: _____ 11/19/08
F.T. Alexandra Mahaney   Date
CA Bar No. 125984
12235 El Camino Real
Suite 200
San Diego, CA 92130
(858) 350-2311
amahaney@wsgr.com
Of Attorneys for
Defendants

STIPULATED FINAL JUDGMENT (07-CV-05375 RBL)
3532030_1.DOC

-2-

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

## II. ORDER AND FINAL JUDGMENT

The Court having jurisdiction over the claims and Parties, and having reviewed the record in this case and the above Stipulation by the Parties, hereby ORDERS, ADJUDGES AND DECREES as follows:

(1) That Campbell Pet Company's Mobile Folding Stretcher does not infringe any claim of U.S. Patent Serial Number 6,199,508;

(2) That Campbell Pet Company's Mobile Folding Stretcher does not infringe any claim of U.S. Patent Serial Number 6,230,662;

(3) All other claims between the Parties are dismissed without prejudice; and

(4) Each Party is to bear its own fees and costs in this District Court case, except as agreed to by the Parties.

Entered This: November 20, 2008

_____
THE HONORABLE RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

Presented by:

RYLANDER & ASSOCIATES PC

/s/Kurt M. Rylander                     11/20/2008
KURT M. RYLANDER, WSBA 27819            Date
MARK E. BEATTY, WSBA 37076
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931
rylander@pacifier.com
markbeatty@pacifier.com
Of Attorneys for Plaintiff

STIPULATED FINAL JUDGMENT (07-CV-05375 RBL)
3532030_1.DOC
-3-
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931